FILED

2009 AUG 24  PM 1: 21

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FT. MYERS DIVISION

| | |
|---|---|
| BMW of North America, LLC and Bayerische Motoren Werke AG,<br><br>Plaintiffs,<br><br>v.<br><br>Hak Kim,<br><br>Defendant. | Case No.: 2: 09-cv-556-FtM-99DNF<br><br>PLAINTIFFS' NON-RESIDENT COUNSEL'S WRITTEN DESIGNATION AND CONSENT-TO-ACT |

Pursuant to Local Rule 2.02(A) of the Middle District of Florida, John G. Froemming, who is not a resident of Florida but is a member in good standing of the bar of Washington, D.C., by local counsel files this written designation and consent-to-act on the part of James G. Decker, Esq., DeBoest, Stockman, Decker, Broughton & Hagan, P.A., 1415 Hendry Street, Fort Myers, Florida 33902, a member of the bar of this court and a resident of the State of Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in the event of a default of the non-resident attorney.

Pursuant to R. 202(c), John G. Froemming is familiar with, and shall be governed by, the Middle District rules in general, including Rule 2.04 in particular; and is familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of The Florida Bar. Attached hereto is the executed Special Admission Attorney Certification form for this non-resident attorney.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: August 24, 2009

BY: _____
JAMES G. DECKER

Executed under penalty of perjury on the 24 day of August, 2009, at Fort Myers, Lee County, Florida.

Respectfully submitted,

_____
JAMES G. DECKER
Local Trial Counsel
Florida Bar No.: 205591
DEBOEST, STOCKMAN, DECKER,
BROUGHTON & HAGAN, P.A.
1415 Hendry Street
Fort Myers, Florida 33902
Phone: 239.334.1381
Fax: 239.334.0266
Cellular: _____
email: jgdeckerlaw@yahoo.com

and

John G. Froemming, Esq.
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: 202.783.0800
Fax: 202.383.6610
*Attorney for Plaintiffs*
BMW of North America, LLC
and Bayerische Motoren Werke AG

Of Counsel:
Frances McCaffrey, Esq.
BMW OF NORTH AMERICA, LLC
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677
Telephone: 201.307.4000
Counsel for Plaintiff
BMW of North America, LLC