IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FT. MYERS DIVISION

| | |
|---|---|
| BMW of North America, LLC and<br>Bayerische Motoren Werke AG,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Hak Kim,<br><br>　　　　　Defendant. | Case No: 2:09-cv-556-FtM-99DNF<br><br>**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

I hereby disclose the following pursuant to the Court's interested persons order:

1. The Name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

> Bayerische Motoren Werke AG (party)
> BMW of North America, LLC (party)
> BMW (US) Holding Corp. (wholly owned subsidiary of BMW AG, and parent of BMW of North America, LLC)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

> None

3. The name of every entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

> None

- 2 -

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

> Bayerische Motoren Werke AG (party)
> BMW of North America, LLC (party)

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: September 2, 2009

> BY: /S/ William E. Stockman
> William E. Stockman
> Florida Bar No.: 240958
> James G. Decker
> Florida Bar No.: 205591
> DEBOEST, STOCKMAN, DECKER,
> BROUGHTON & HAGAN, P.A.
> 1415 Hendry Street
> Fort Myers, Florida 33902
> Phone: 239.334.1381
> Fax: 239.334.0266
>
> John Froemming (pro hac vice)
> HOWREY LLP
> 1299 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004
> Phone: 202.783.0800
> Fax: 202.383.6610
>
> Attorneys for the Plaintiffs