IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| BMW of North America, LLC and Bayerische Motoren Werke AG, <br><br> Plaintiffs, <br><br> v. <br><br> Hak Kim, <br><br> Defendant. | Case No.: 2-09-cv-00556-UA-DNF <br><br> STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE |

### STIPULATED NOTICE OF DISMISSAL OF ACTION BY PLAINTIFFS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby file this stipulated notice to dismiss this action without prejudice. The clerk of the above-entitled Court is therefore requested to enter this dismissal in the records of the Court.

Respectfully submitted,

**DEBOEST, STOCKMAN, DECKER, BROUGHTON & HAGAN, P.A.**
Post Office Box 1470
Fort Myers, Florida 33902
Phone: 239.334.1381 Fax: 239.334.0266
Email: jgdeckerlaw@yahoo.com
Email: westockman@yahoo.com

By: s/ _____
James G. Decker (FL Bar No. 205591)
William E. Stockman (FL Bar No. 240958)

**HOWREY LLP**
John G. Froemming, Esq.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: 202.783.0800 Fax: 202.383.6610
*Attorneys for Plaintiffs*

By: s/ _____
Hak Kim
12061 Fairway Isles Drive
Fort Myers, FL 33913
*Defendant, pro se*

DM_US:22829044_1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original fully executed Stipulated Notice of Dismissal of Action by Plaintiffs has been electronically filed with the Clerk of the Court and a copy has been served via regular U.S. mail on Defendant, HAK KIM, this 14th day of October, 2009.

ATTORNEYS FOR PLAINTIFFS

BY: /S/ William E. Stockman
Florida Bar #240958
James G. Decker
Florida Bar #205591
DeBoest, Stockman, Decker,
Broughton & Hagan, P.A.
1415 Hendry Street
Fort Myers, Florida 33902
TEL: 239-334-1381
FAX: 239-334-0266

John Froemming, Esquire
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
TEL: 202-783-0800
FAX: 202-383-6610